DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACK POLSKY,**
Appellant,

v.

**JP MORGAN CHASE BANK, N.A.,**
Appellee.

No. 4D16-2932

[April 5, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Judge; L.T. Case No. 2015CA008699XXXXMB.

Stephen L. Cook, Palm Beach Gardens, for appellant.

Kristie Hatcher-Bolin of GrayRobinson, P.A., Lakeland, and Thomas H. Loffredo and Rebecca A. Rodriguez of GrayRobinson, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***